IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAROLE DENISE BURTON, | § | |
| FDC #03618-180, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-1824 |
| | § | |
| OFFICER A. COLLIER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** for failure to exhaust administrative remedies.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on **July 17, 2006.**

_____
Nancy F. Atlas
United States District Judge