IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAROLE DENISE BURTON, | § | |
| FDC #03618-180, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-1824 |
| | § | |
| OFFICER A. COLLIER, *et al.*, | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

On July 17, 2006, this Court dismissed the civil rights action filed by federal prisoner Karole Denise Burton (#03618-180). Burton has filed a notice of appeal from that decision. She has also filed an application to proceed on appeal *in forma pauperis*. (Doc. #17). Because the plaintiff is incarcerated, this case is governed by the Prison Litigation Reform Act (the "PLRA"). The PLRA requires prisoners to pay an initial partial filing fee for all civil actions and appeals. 28 U.S.C. § 1915(b)(1). The PLRA also requires prisoners to pay the balance of the full appellate filing fee ($455.00).

Accordingly, based on the supporting documentation provided by the plaintiff, the Court **ORDERS** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. #17) is **GRANTED**.

2. The plaintiff is not assessed an initial partial filing fee because the documentation provided in support of her motion shows that she lacks the requisite funds.

3.     The plaintiff shall pay $455.00, the balance of the full filing fee, in periodic installments as required by 28 U.S.C. § 1915(b).  The agency shall collect this amount from the plaintiff's trust account and forward it to the Court when funds are available.

4.     The plaintiff is responsible for signing all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawal from the plaintiff's inmate trust account.

**The Clerk shall provide a copy of this order to the parties and to the United States Bureau of Prisons, Federal Detention Center, Attn: Legal Department, P.O. Box 526245, 1200 Texas Avenue, Houston, Texas 77052-6245.**

SIGNED at Houston, Texas, on **August 11, 2006.**

Nancy F. Atlas
United States District Judge

2